Anthony I. Paronich (subject to *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Local Counsel for Plaintiff, Remaining Counsel for Plaintiff Below*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT ORDER OF FORESTERS and MARK BLOCK<br><br>Defendants. | Case No. 2:20-CV-04364-PSG-RAO<br><br>**JOINT STIPULATION TO STAY THIS MATTER PENDING THE U.S. SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID*** |

Plaintiff Terry Fabricant and Defendants Independent Order of Foresters and Mark Block stipulate to Stay all proceedings in this action pending a decision of the U.S. Supreme Court in *Facebook v. Duguid*, No. 19-511 (U.S. *cert. granted* July 9, 2020) ("*Facebook*"). The decision in *Facebook* will clarify the definition of an Automatic Telephone Dialing System (an "ATDS") as defined in the Telephone Consumer Protection Act, 47 U.S.C. § 227(a)(1) (the "TCPA"). Clarification of the ATDS definition by the U.S. Supreme Court will determine a central, potentially

1
JOINT STIPULATION TO STAY THIS MATTER

dispositive issue to Plaintiff's claim under the TCPA.

This Court should stay this action until the U.S. Supreme Court issues its opinion in *Facebook* because, if Defendants did not use an ATDS to call Plaintiff, they cannot be liable under the TCPA, irrespective of the disputed consent issue. *See* 47 U.S.C. § 227(b)(1). All parties agree that a stay would be beneficial in this case.

The parties agree that while the Defendants, Independent Order of Foresters and Mark Block, consent to the request of the Plaintiff, the Defendants expressly reserve the right to petition the Court in the future for a lift of the stay prior to an opinion from the U.S. Supreme Court in the *Facebook* case in the event circumstances would warrant such relief.

The parties further jointly request that the Scheduling Conference currently scheduled for October 14, 2020 (Dkt. 38) be taken off calendar and continued to a date to be determined after either (1) the U.S. Supreme Court issues its opinion in *Facebook* or (2) that Defendants Independent Order of Foresters and/or Mark Block requests that the stay be lifted.

| | |
|---|---|
| Dated: October 6, 2020 | Respectfully submitted, |
| | /s/_____<br>ANTHONY I. PARONICH_____ |
| | ADAM J. SCHWARTZ, BAR NO. 251831<br>5670 WILSHIRE BLVD., SUITE 1800<br>LOS ANGELES, CA 90036<br>TEL: (323) 455-4016<br>E-MAIL: ADAM@AJSCHWARTZLAW.COM |
| | Brian K. Murphy (subject to pro hac vice)<br>Jonathan P. Misny (subject to pro hac vice)<br>Murray Murphy Moul + Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215<br>(614) 488-0400<br>(614) 488-0401 facsimile<br>murphy@mmmb.com<br>misny@mmmb.com |
| | *Attorney for Plaintiff Terry Fabricant and the Proposed Class* |
| Dated: October 6, 2020 | Respectfully submitted, |
| | NELSON MULLINS, RILEY & SCARBOROUGH LLP |
| | /s/_____<br>Larry Kristinik<br>Lauren A. Deeb<br>Jahmy S. Graham |
| | *Attorneys for Defendant Independent Order of Foresters* |

Dated: October 6, 2020        Respectfully submitted,

/s/_____
Mark Block

*Pro Se Defendant*

## FILER'S ATTESTATION

I, Anthony I Paronich, am the ECF User whose identification and password are being used to file this joint stipulation. I hereby attest that Larry Kristinik and Mark Block concur in this filing's content and have authorized its filing.

BY: /s/_____
ANTHONY I. PARONICH