UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

TERRY FABRICANT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

INDEPENDENT ORDER OF FORESTERS and MARK BLOCK

    Defendants.

Case No. 2:20-CV-04364-PSG-RAO  UNK39

CORRECTED

[PROPOSED ORDER] ON JOINT STIPULATION TO STAY THIS MATTER PENDING THE U.S. SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID*


FILED
CLERK, U.S. DISTRICT COURT
10/06/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

This COURT has reviewed the Stipulation of Plaintiff Terry Fabricant and Defendants Independent Order of Foresters and Mark Block and ORDER that all proceedings in this action are stayed pending a decision of the U.S. Supreme Court in *Facebook v. Duguid*, No. 19-511 (U.S. *cert. granted* July 9, 2020) ("*Facebook*").

It is further ORDERED that the Scheduling Conference currently scheduled for October 14, 2020 (Dkt. 38) is taken off calendar and continued to a date to be determined after either (1) the U.S. Supreme Court issues its opinion in *Facebook* or (2) that Defendants Independent Order of Foresters and/or Mark Block requests that the stay be lifted.

Dated: 10/6/2020

Hon. Philip S. Gutierrez
United States District Judge