| | |
|---|---|
| 1 | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| | LAUREN A. DEEB (SBN 234143) |
| 2 | lauren.deeb@nelsonmullins.com |
| | JAHMY S. GRAHAM (SBN 300880) |
| 3 | jahmy.graham@nelsonmullins.com |
| | 19191 South Vermont Avenue, Suite 900 |
| 4 | Torrance, CA 90502 |
| | Telephone: +1.424.221.7400 |
| 5 | Facsimile: +1.424.221.7499 |

LARRY KRISTINIK (*Pro Hac Vice*)
larry.kristinik@nelsonmullins.com
1320 Main Street
Meridian 17th Floor
Columbia, SC 29201
Telephone: +1.803.799.2000
Facsimile : +1.803.256.7500

Attorneys for Defendant
INDEPENDENT ORDER OF FORESTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT ORDER OF FORESTERS and MARK BLOCK,<br><br>Defendants. | Case No.: 2:20-cv-04364-PSG-RAO<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>Class Action<br>Complaint Filed: May 14, 2020 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

In accordance with Local Rules 16-15.7 and 40-2, Plaintiff TERRY FABRICANT ("Plaintiff") and Defendants INDEPENDENT ORDER OF FORESTERS and MARK BLOCK (collectively, the "Parties") hereby notify the Court that they have reached a settlement regarding Plaintiff's individual claims in this matter. The Parties, through their respective undersigned attorneys of record, hereby stipulate and agree that Plaintiff's individual claims in this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties further stipulate that the putative class claims in this action be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii). The Parties shall bear their own costs, expenses, and attorney's fees.

Dated: July 20, 2021

NELSON MULLINS, RILEY & SCARBOROUGH LLP

/s/ Jahmy S. Graham
Larry Kristinik
Lauren A. Deeb
Jahmy S. Graham

Attorneys for Defendant
INDEPENDENT ORDER OF FORESTERS

Dated: July 20, 2021

/s/ Mark Block
Mark Block

*Pro Se Defendant*

Dated: July 20, 2021

/s/ Adam J. Schwartz
Adam J. Schwartz

Attorneys for Plaintiffs
TERRY FABRICANT, individually and on behalf of all others similarly situated

# **FILER'S ATTESTATION**

I, Jahmy S. Graham, am the ECF User whose identification and password are being used to file this joint stipulation. I hereby attest that Adam J. Schwartz, Esq. and Mark Block concur in this filing's content and have authorized its filing.

BY: */s/ Jahmy S. Graham*
JAHMY S. GRAHAM

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Jahmy S. Graham*
Jahmy S. Graham