FILED
CLERK, U.S. DISTRICT COURT
7/21/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK45

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT ORDER OF FORESTERS and MARK BLOCK,<br><br>Defendants. | Case No.: 2:20-cv-04364-PSG-RAO<br><br>[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS WITH PREJUDICE<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>Class Action<br>Complaint Filed: May 14, 2020 |
|---|---|

Having reviewed the Parties' Joint Stipulation in the above-captioned matter, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's individual claims in this action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Further, Plaintiff's putative class claims in this action are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii). The Parties shall bear their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Dated: 7/21/21

_____
The Honorable Philip S. Gutierrez
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: */s/ Jahmy S. Graham*
Jahmy S. Graham